JOHN REDINGTON, as Administrator of MICHAEL E. REDINGTON, Deceased, Respondent, *v.* THE NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.

*Redington* v. *N. Y., O. & W. R. Co.,* 84 Hun, 231, affirmed.
(Argued March 26, 1897; decided April 20, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the third judicial department, entered March 12, 1895, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* and *George H. Carpenter* for appellant.

*T. F. Bush* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.